CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 29 2016

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| FRANKIE JAE LORDMASTER, ) | Civil Action No. 7:15-cv-00476 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| MR. MOORE, III, <u>et al.</u>, ) | By: Hon. Michael F. Urbanski | |
| Defendants. ) | United States District Judge | |

Frankie Jae Lordmaster, a Virginia inmate proceeding <u>pro se</u>, commenced this action pursuant to 42 U.S.C. § 1983 and requested leave to proceed <u>in forma pauperis</u>. On September 3, 2015, the court conditionally filed the action and ordered Plaintiff to properly document his <u>in forma pauperis</u> application, pursuant to 28 U.S.C. § 1915(a), within ten days. By Memorandum Opinion and Order entered on October 9, 2015, the court dismissed the action without prejudice because Plaintiff failed to file the necessary financial information. Presently before the court is Plaintiff's motion for reconsideration, which documents his attempts to comply with the order. Finding it appropriate to do so, the motion for reconsideration is **GRANTED**, the Memorandum Opinion and Order entered on October 9, 2015, are **VACATED**, and this action **SHALL** be returned to the court's active docket. The Clerk shall send Plaintiff a copy of the order entered on September 3, 2015, and Plaintiff must comply with the order entered on September 3, 2015, within twenty days from this Order's entry.

It is so **ORDERED**.

ENTER: This 29th day of April, 2016.

/s/ Michael F. Urbanski
United States District Judge